ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Kiewit Building Group Inc. | ) ASBCA No. 59789 |
| | ) |
| Under Contract No. W911KB-12-C-0011 | ) |

APPEARANCES FOR THE APPELLANT:      Michael A. Branca, Esq.
                                    Jesse S. Keene, Esq.
                                       Peckar & Abramson, P.C.
                                       Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
                                       Engineer Chief Trial Attorney
                                    Carl F. Olson, Esq.
                                    Kyle B. Davis, Esq.
                                       Engineer Trial Attorneys
                                       U.S. Army Engineer District, Alaska

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 4 April 2016

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59789, Appeal of Kiewit Building Group Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals